## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Samuel E. Miller <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 19-21086 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Carrington Mortgage Services, LLC as servicer for THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19 and index same on the master mailing list.

     Respectfully submitted,

     **/s/James C. Warmbrodt, Esquire**
     James C. Warmbrodt, Esquire
     Attorney I.D. No. 42524
     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA 19106
     412-430-3594
     jwarmbrodt@kmllawgroup.com