**Form 154A**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

7

In re:                                                                                  Bankruptcy Case No.: 19−21086−JAD

Chapter: 13

**Samuel E. Miller**
   Debtor(s)

# NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **May 28, 2019**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                                              Michael R. Rhodes
  U.S. Bankruptcy Court                                                                          *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 3/20/19

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 19-21086-JAD
Samuel E. Miller                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin                 Page 1 of 2                  Date Rcvd: Mar 20, 2019
                              Form ID: 154A               Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
db             +Samuel E. Miller,    1110 Woodward Avenue,    Mc Kees Rocks, PA 15136-2212
15014926       +Allegheny County Dept of Court Records,    414 Grant Street,    Pittsburgh, PA 15219-2419
15014927       +Bank of America Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
15014928       +Bank of New York Mellon,    3000 Bayport Drive,    Suite 880,    Tampa, FL 33607-8409
15014929       +Brighton Radiology Associates,    PO Box 536287,    Pittsburgh, PA 15253-5904
15014931      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:   Columbia Gas,    PO Box 742537,    Cincinnati, OH 45274)
15014930       +Capital Magazine Service,    1030 St Georges #200,    Avenel, NJ 07001-1330
15015311       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
15014932       +Credit Acceptance Corporation,    25505 West Twelve Mile Road,    P.O. Box 5176,
                 Southfield, MI 48086-5176
15014935       +Creditech,    PO Box 99,    Bangor, PA 18013-0099
15014939       +Duquesne Light Company,    Payment Processing Center,    PO Box 67,    Pittsburgh, PA 15267-0067
15014940       +Emergency Resource Management,    PO Box 371980,    Pittsburgh, PA 15250-7980
15014941       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
15014942       +Guardian Protection Services,    PO Box 37751,    Philadelphia, PA 19101-5051
15014943       +Judith Gibson,    2453 Brighton Road,    Apartment 9,    Pittsburgh, PA 15212-2863
15014945       +National Credit Adjusters,    PO Box 3023,    327 W 4th St.,    Hutchinson, KS 67501-4842
15014947       +Plain Green Loans,    PO Box 42560,    Philadelphia, PA 19101-2560
15014948       +Professional Account Management,    PO Box 640,    Pittsburgh, PA 15230-0640
15014949       +Safe Auto Insurance,    4 Easton Oval,    Columbus, OH 43219-6010
15014950       +Stowe Twp Sewer,    555 Broadway Avenue,    Mc Kees Rocks, PA 15136-3027
15014951      #+Universal Fidelity LP,    PO Box 941911,    Houston, TX 77094-8911
15014952       +University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis, MN 55440-1123
15014954       +Vishal J. Dobaria, Esquire,    Phelan, Hallinan, Diamond & Jones LLP,
                 1617 JFK Blvd, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103-1823
15014955       +West View Water Authority,    210 Perry Highway,    West View,    Pittsburgh, PA 15229-1895

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15014933       +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 21 2019 02:14:15
                 Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
15014934       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2019 02:12:04      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
15014936       +E-mail/Text: Bankruptcy.Consumer@dish.com Mar 21 2019 02:13:56      Dish Network,
                 PO Box 105169,    Atlanta, GA 30348-5169
15014937       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2019 02:13:36      Ditech Financial,    PO Box 6172,
                 Rapid City, SD 57709-6172
15014938       +E-mail/Text: bankruptcynotices@dcicollect.com Mar 21 2019 02:14:19      Diversified Consultants,
                 10550 Deerwood Park Blvd,    Suite 309,    Jacksonville, FL 32256-2805
15014944       +E-mail/Text: bankruptcy@sccompanies.com Mar 21 2019 02:14:33      Montgomery Ward,
                 3650 Milwaukee Street,    Madison, WI 53714-2304
15014946       +E-mail/Text: dbreen@ohiovalleyhospital.org Mar 21 2019 02:14:09
                 Ohio Valley General Hospital,    25 Heckel Rd,    Mc Kees Rocks, PA 15136-1694
15014953       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 21 2019 02:13:23
                 Verizon,    500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2         User: admin              Page 2 of 2              Date Rcvd: Mar 20, 2019
                             Form ID: 154A            Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:

```
              Brian C. Thompson    on behalf of Debtor Samuel E. Miller bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```