| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Samuel E. Miller** | Social Security number or ITIN **xxx–xx–5156** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter  **13    3/19/19** |
| Case number: | **19–21086–JAD** | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Samuel E. Miller | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1110 Woodward Avenue Mc Kees Rocks, PA 15136 | |
| 4. | **Debtor's attorney** Name and address | Brian C. Thompson Thompson Law Group, P.C. 125 Warrendale Bayne Road Suite 200 Warrendale, PA 15086 | Contact phone 724–799–8404 Email: bthompson@ThompsonAttorney.com |
| 5. | **Bankruptcy trustee** Name and address | Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 | Contact phone 412–471–5566 Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. Contact phone 412–644–2700 Date: 3/21/19 |

**For more information, see page 2**

Debtor  **Samuel E. Miller**                                                                                                            Case number **19–21086–JAD**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 29, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/28/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/28/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/16/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/29/19** at **09:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-21086-JAD
Samuel E. Miller                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: lfin              Page 1 of 2              Date Rcvd: Mar 21, 2019
                                 Form ID: 309I           Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db            +Samuel E. Miller,    1110 Woodward Avenue,   Mc Kees Rocks, PA 15136-2212
aty           +Keri P. Ebeck,    Bernstein-Burkley,   707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1945
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,   600 Grant Street,    Pittsburgh, PA 15219-2702
15014926      +Allegheny County Dept of Court Records,    414 Grant Street,   Pittsburgh, PA 15219-2419
15014928      +Bank of New York Mellon,    3000 Bayport Drive,   Suite 880,   Tampa, FL 33607-8409
15014929      +Brighton Radiology Associates,    PO Box 536287,   Pittsburgh, PA 15253-5904
15014931     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas,    PO Box 742537,    Cincinnati, OH 45274)
15014930      +Capital Magazine Service,    1030 St Georges #200,   Avenel, NJ 07001-1330
15015311      +Credit Acceptance,    25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
15014932      +Credit Acceptance Corporation,    25505 West Twelve Mile Road,   P.O. Box 5176,
               Southfield, MI 48086-5176
15014935      +Creditech,    PO Box 99,   Bangor, PA 18013-0099
15014939      +Duquesne Light Company,    Payment Processing Center,   PO Box 67,   Pittsburgh, PA 15267-0067
15014940      +Emergency Resource Management,    PO Box 371980,   Pittsburgh, PA 15250-7980
15014942      +Guardian Protection Services,    PO Box 37751,   Philadelphia, PA 19101-5051
15014943      +Judith Gibson,    2453 Brighton Road,   Apartment 9,   Pittsburgh, PA 15212-2863
15014945      +National Credit Adjusters,    PO Box 3023,   327 W 4th St.,   Hutchinson, KS 67501-4842
15014947      +Plain Green Loans,    PO Box 42560,   Philadelphia, PA 19101-2560
15014948      +Professional Account Management,    PO Box 640,   Pittsburgh, PA 15230-0640
15014949      +Safe Auto Insurance,    4 Easton Oval,   Columbus, OH 43219-6010
15014950      +Stowe Twp Sewer,    555 Broadway Avenue,   Mc Kees Rocks, PA 15136-3027
15014951     #+Universal Fidelity LP,    PO Box 941911,   Houston, TX 77094-8911
15014952      +University of Pittsburgh Physicians,    PO Box 1123,   Minneapolis, MN 55440-1123
15014954      +Vishal J. Dobaria, Esquire,    Phelan, Hallinan, Diamond & Jones LLP,
               1617 JFK Blvd, Suite 1400,   One Penn Center Plaza,   Philadelphia, PA 19103-1823
15014955      +West View Water Authority,    210 Perry Highway,   West View,   Pittsburgh, PA 15229-1895


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: bthompson@ThompsonAttorney.com Mar 22 2019 02:59:50     Brian C. Thompson,
               Thompson Law Group, P.C.,    125 Warrendale Bayne Road,   Suite 200,    Warrendale, PA  15086
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2019 03:00:25     Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 22 2019 03:00:32
               Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
cr            +E-mail/Text: kburkley@bernsteinlaw.com Mar 22 2019 03:01:04     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15014927      +EDI: BANKAMER.COM Mar 22 2019 06:38:00     Bank of America Home Loans,   450 American Street,
               Simi Valley, CA 93065-6285
15014933      +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 22 2019 03:00:54
               Credit Management Company,   2121 Noblestown Road,   PO Box 16346,   Pittsburgh, PA 15242-0346
15014934      +EDI: RCSFNBMARIN.COM Mar 22 2019 06:38:00     Credit One Bank,   PO Box 98873,
               Las Vegas, NV 89193-8873
15014936      +EDI: ESSL.COM Mar 22 2019 06:38:00     Dish Network,   PO Box 105169,   Atlanta, GA 30348-5169
15014937      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 22 2019 03:00:09     Ditech Financial,   PO Box 6172,
               Rapid City, SD 57709-6172
15014938      +EDI: DCI.COM Mar 22 2019 06:38:00     Diversified Consultants,   10550 Deerwood Park Blvd,
               Suite 309,   Jacksonville, FL 32256-2805
15014941      +EDI: AMINFOFP.COM Mar 22 2019 06:38:00     First Premier Bank,   3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
15014944      +EDI: CBS7AVE Mar 22 2019 06:38:00     Montgomery Ward,   3650 Milwaukee Street,
               Madison, WI 53714-2304
15014946      +E-mail/Text: dbreen@ohiovalleyhospital.org Mar 22 2019 03:00:43
               Ohio Valley General Hospital,   25 Heckel Rd,   Mc Kees Rocks, PA 15136-1694
15014953      +EDI: VERIZONCOMB.COM Mar 22 2019 06:38:00     Verizon,   500 Technology Drive, Suite 300,
               Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 14


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: lfin              Page 2 of 2            Date Rcvd: Mar 21, 2019
                             Form ID: 309I            Total Noticed: 38
```

                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
          Brian C. Thompson    on behalf of Debtor Samuel E. Miller bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 4