## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Samuel E. Miller, | : | Case No. 19-21086-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Samuel E. Miller, | : | |
| | : | |
| Movant, | : | Document No.: |
| | : | |
| v. | : | |
| | : | Related to Document No.: 10, 15 |
| Allegheny County Dept of Court Records, Bank of America Home Loans, Bank of New York Mellon, Brighton Radiology Associates, Capital Magazine Service, Columbia Gas, Credit Acceptance Corporation, Credit Management Company, Credit One Bank, Creditech, Dish Network, Ditech Financial, Diversified Consultants, Duquesne Light Company, Emergency Resource Management, First Premier Bank, Guardian Protection Services, Judith Gibson, Montgomery Ward, National Credit Adjusters, Ohio Valley General Hospital, Plain Green Loans, Professional Account Management, Safe Auto Insurance, Stowe Twp Sewer, Universal Fidelity LP, University of Pittsburgh Physicians, Verizon, Vishal J. Dobaria, Esquire, West View Water Authority, | : | |
| Creditors, | : | |
| and | : | |
| Ronda J. Winnecour, Trustee, | : | **Hearing Date and Time:** April 17, 2019 at 11:00 a.m. |
| Respondents. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO EXTEND AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on March 20, 2019 at Document No. 10 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 15, Objections were to be filed and served no later than April 7, 2019.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No.10 be entered by the Court.

Date: <u>April 9, 2019</u>                                            <u>/s/ Brian C. Thompson                    </u>
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com