Filed
4/9/19 12:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Samuel E. Miller,<br><br>         Debtor.<br>_____<br><br>Samuel E. Miller,<br><br>         Movant,<br><br>         v.<br><br>Allegheny County Dept of Court Records, Bank of America Home Loans, Bank of New York Mellon, Brighton Radiology Associates, Capital Magazine Service, Columbia Gas, Credit Acceptance Corporation, Credit Management Company, Credit One Bank, Creditech, Dish Network, Ditech Financial, Diversified Consultants, Duquesne Light Company, Emergency Resource Management, First Premier Bank, Guardian Protection Services, Judith Gibson, Montgomery Ward, National Credit Adjusters, Ohio Valley General Hospital, Plain Green Loans, Professional Account Management, Safe Auto Insurance, Stowe Twp Sewer, Universal Fidelity LP, University of Pittsburgh Physicians, Verizon, Vishal J. Dobaria, Esquire, West View Water Authority,<br><br>         Creditors,<br><br>         and<br><br>Ronda J. Winnecour, Trustee,<br><br>         Respondents. | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 19-21086-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 10 |

### ORDER OF COURT

This matter is before the Court on Debtor's Motion to Extend the Automatic Stay. For the reasons stated in the Motion, or by default, it is hereby ORDERED that the Automatic Stay is extended against all creditors until such time as the case is either closed or dismissed or unless a further order of court provides otherwise.

4-9-2019

Jeffery A. Deller
United States Bankruptcy Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                          Case No. 19-21086-JAD
Samuel E. Miller                                                Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1           Date Rcvd: Apr 09, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db              +Samuel E. Miller,    1110 Woodward Avenue,    Mc Kees Rocks, PA 15136-2212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
      Brian C. Thompson    on behalf of Debtor Samuel E. Miller bthompson@ThompsonAttorney.com,
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
      James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
       York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19
       bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                            TOTAL: 5