Certificate Number: 03088-PAW-DE-032720060

Bankruptcy Case Number: 19-21086



03088-PAW-DE-032720060

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 24, 2019</u>, at <u>7:22</u> o'clock <u>PM CDT</u>, <u>samuel e miller</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>April 24, 2019</u>            By:   <u>/s/Doug Tonne</u>

                                            Name:  <u>Doug Tonne</u>

                                            Title:   <u>Counselor</u>