MINUTES OF CHAPTER 13 341 MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Miller__  (JAD/**TPA**/CMB/GLT)

Case Number: __19-21086__

Date of Meeting: __4/29/19__   Recording # __2__

Debtor(s) present __✓__ or Not Present   (__✓__ No Payments Made or __/__ partial payments)

Attorney for debtor(s) __Thompson__ (Present __✓__ or Not Present ____)

Date of Plan at § 341: __3-15-19__   Applicable commitment period __✓__ 3 yrs ___ 5 yrs

tax returns to be provided.

WA filed, not yet remitting 5/28
 └ amended 4/2

WA may have been filed w/ wrong employer

$300/month house sitting

continue for payments

____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD               ____ Order to Show Cause Requested
                                    ____ To be rescheduled by Clerk

____ Confirmation Order recommended  ____ Final  ____ Interim
____ Amended Plan due: _____; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
      ____ 341 Meeting   OR  __✓__ Conciliation Conf. OR ___ *Contested Hearing
      On __7-11-19__ at __11:00__ am/pm Location _____

__Keita DeSimin__
Chapter 13 Trustee/Attorney for Trustee

[FILED stamp: 2019 MAY -3 A 9:48, CLERK U.S. BANKRUPTCY COURT PITTSBURGH]