# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Samuel E. Miller, | : | Bankruptcy Case No.: 19-21086-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Samuel E. Miller, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 53 |
| v. | : | |
| | : | |
| Carrington Mortgage Services, LLC, | : | |
| | : | |
| Respondent. | : | |

## **CERTIFICATE OF SERVICE**

    I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing Status Report and Portal Hisotry on the following parties at the addresses listed below on August 12, 2019, via electronic mail and/or first-class mail postage prepaid:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA  92806

Carrington Mortgage Services, LLC
P.O. Box 3730
Anaheim, CA  92806

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  August 12, 2019

/s/Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com