## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

**Conciliation Conference:**

- Debtor: SAMUEL E. MILLER
- Case Number: 19-21086-JAD    Chapter: 13
- Date / Time / Room: WEDNESDAY, OCTOBER 02, 2019 10:00 AM   COURTROOM D
- Bankruptcy Judge: JEFFERY A. DELLER
- Courtroom Clerk: MARY SCHUETZ
- Reporter / ECR: N/A

**Matter:**

Debtor's Motion For Status Conference Regarding Loss Mitigation
- Response filed by Carrington Mortgage Services, LLC 9/20/2019 at ECF No. 58   [Due 9/21/2019]
R / M #:  55 / 0

**Appearances:**

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR: BRIAN C. THOMPSON, ESQUIRE  *Com on*
CREDITOR: JAMES C. WARMBRODT, ESQUIRE for CARRINGTON MORTGAGE

**Proceedings:**

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
   ___ For At Least ___ Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at ____ AM/PM at _____
   ___ To Conciliation Conference For _____ at ____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY  /  JURY
   ___ Simple / Pretrial Order - NONJURY  /  JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:

*\* ORDER*

The Loss Mitigation is Re-opened and the Loss Mitigation Program time period shall expire Dec. 2, 2019, unless extended by the Court for cause shown.

JEFFERY A. DELLER
U.S. Bankruptcy Judge    10-2-2019.

CASE ADMINISTRATION SHALL SERVE:
Samuel E. Miller
Brian C. Thompson, Esquire
James C. Warmbrodt, Esquire
Jana S. Pail, Esquire

FILED
10/3/19 1:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Page 1 of 1    9/23/2019   7:53:27AM