# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** SAMUEL E. MILLER
- **Case Number:** 19-21086-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 09, 2020 09:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#6 - Continued Confirmation of Plan Dated 3/19/2019 (NFC)
R / M #:  6 / 0

### Appearances:

- Debtor: [signature]
- Trustee: Winnecour / Pail / **Katz** / DeSimone
- Creditor:

*Lmp still pending*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __5/21/20__ at __10:30 AM__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: