IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Samuel E. Miller,<br><br>Debtor.<br>_____<br>Samuel E. Miller,<br><br>Movant,<br><br>v.<br><br>Carrington Mortgage Services, LLC,<br><br>Respondent. | **DEFAULT O/E JAD**<br><br>Bankruptcy Case No.: 19-21086-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 66 |

## ORDER

A *Proceeding Memo* dated January 9, 2020, was entered in the above matter at Document No. 63. On February 7, 2020, a ***Motion to Extend the Loss Mitigation Period*** was filed by Samuel E. Miller at Document No. 66

*AND NOW*, this 19th day of February, 2020, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including March 20, 2020*.

Jeffery A. Deller  mas
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Samuel E. Miller
Brian C. Thompson, Esquire
James C. Warmbrodt, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
2/19/20 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Samuel E. Miller  
     Debtor

Case No. 19-21086-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: lfin   Page 1 of 1   Date Rcvd: Feb 19, 2020  
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.  
db           +Samuel E. Miller,   1110 Woodward Avenue,   Mc Kees Rocks, PA 15136-2212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:

          Brian C. Thompson   on behalf of Debtor Samuel E. Miller bthompson@ThompsonAttorney.com,   blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com  
          James   Warmbrodt   on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19  bkgroup@kmllawgroup.com  
          Jeffrey R. Hunt    on behalf of Creditor    Township of Stowe jhunt@grblaw.com,   cnoroski@grblaw.com  
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                    TOTAL: 6