**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Samuel E. Miller, | : | Bankruptcy Case No.: 19-21086-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Samuel E. Miller, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 3 |
| The Bank of New York Mellon, | : | |
| f/k/a The Bank of New York as | : | |
| trustee for registered Holders of | : | |
| CWABS, Inc., Asset-Backed | : | |
| Certificates, Series 2006-19, | : | |
| | : | |
| Respondent. | : | |

**DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on April 23, 2020, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for June 1, 2020.

The new post-petition monthly payment payable to Respondent is $665.11, effective June 1, 2020, per the notice dated April 23, 2020.  The Debtor's Plan payment provides for a monthly payment to Carrington Mortgage Services, LLC, of $680.60.  Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date:  April 23, 2020                    /s/Brian C. Thompson
                                         Brian C. Thompson, Esquire
                                         Attorney for Debtor
                                         PA I.D. # 91197
                                         Thompson Law Group, P.C.
                                         125 Warrendale Bayne Road, Suite 200
                                         (724) 799-8404 Telephone
                                         (724) 799-8409 Facsimile
                                         bthompson@thompsonattorney.com