**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Samuel E. Miller, | : | Bankruptcy Case No.: 19-21086-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Samuel E. Miller, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 77 |
| v. | : | |
| | : | Related to Claim No.: 3 |
| The Bank of New York Mellon, | : | |
| f/k/a The Bank of New York as | : | |
| trustee for registered Holders of | : | |
| CWABS, Inc., Asset-Backed | : | |
| Certificates, Series 2006-19, | : | |
| | : | |
| Respondent. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Kristen Belko, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding

was served by First Class U.S. mail postage prepaid and/or electronic correspondence on April 23, 2020,

on the parties listed below.

Carrington Mortgage Services, LLC
1600 South Douglass Road
P.O. Box 3730
Anaheim, CA 92806

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: <u>April 23, 2020</u>

<u>/s/ Kristen Belko</u>
Kristen Belko, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kbelko@thompsonattorney.com