# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: SAMUEL E. MILLER
- Case Number: 19-21086-JAD     Chapter: 13
- Date / Time / Room: THURSDAY, MAY 21, 2020  10:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
5/22/20 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#6 - Continued Confirmation of Plan Dated 3/19/20  (NFC)
R / M #: 6 / 0

**Appearances:**

Debtor: Lemay
Trustee: Winnecour / Pail / Katz / DeSimone  (Katz circled)
Creditor:

Handwritten note: "Trustee received tax returns. 341 meeting is closed. LMP pending."

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9/10/20 at 10:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/13/2020  2:36:50PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-21086-JAD
Samuel E. Miller                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 2             Date Rcvd: May 22, 2020
                              Form ID: pdf900         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
db             +Samuel E. Miller,   1110 Woodward Avenue,    Mc Kees Rocks, PA 15136-2212
cr             +Township of Stowe,   Goehring, Rutter & Boehm,    437 Grant Street,   Frick Building,
                 Pittsburgh, PA  15219,   UNITED STATES 15219-6002
15014926       +Allegheny County Dept of Court Records,    414 Grant Street,   Pittsburgh, PA 15219-2409
15014927       +Bank of America Home Loans,    450 American Street,   Simi Valley, CA 93065-6285
15014928       +Bank of New York Mellon,   3000 Bayport Drive,    Suite 880,   Tampa, FL 33607-8409
15014929       +Brighton Radiology Associates,    PO Box 536287,   Pittsburgh, PA 15253-5904
15014931      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas,     PO Box 742537,   Cincinnati, OH 45274)
15014930       #+Capital Magazine Service,    1030 St Georges #200,   Avenel, NJ 07001-1330
15047258       +Carrington Mortgage Services, LLC,   1600 South Douglass Road,    Anaheim, CA 92806-5951
15014935       +Creditech,   PO Box 99,   Bangor, PA 18013-0099
15014939       +Duquesne Light Company,   Payment Processing Center,    PO Box 67,   Pittsburgh, PA 15267-0067
15014940       +Emergency Resource Management,    PO Box 371980,   Pittsburgh, PA 15250-7980
15014941       +First Premier Bank,   3820 N Louise Ave,    Sioux Falls, SD 57107-0145
15014942       +Guardian Protection Services,   PO Box 37751,    Philadelphia, PA 19101-5051
15014943       +Judith Gibson,   2453 Brighton Road,   Apartment 9,    Pittsburgh, PA 15212-2863
15014946       +Ohio Valley General Hospital,    25 Heckel Rd,   Mc Kees Rocks, PA 15136-1694
15014947       +Plain Green Loans,   PO Box 42560,   Philadelphia, PA 19101-2560
15014948       +Professional Account Management,    PO Box 640,   Pittsburgh, PA 15230-0640
15014949       +Safe Auto Insurance,   4 Easton Oval,   Columbus, OH 43219-6010
15014950       +Stowe Twp Sewer,   555 Broadway Avenue,    Mc Kees Rocks, PA 15136-3027
15048791       +Township of Stowe,   Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,   Frick Building,    Pittsburgh, PA 15219-6101
15048453        UPMC Physician Services,   PO Box 1123,    Minneapolis, MN 55440-1123
15014951       +Universal Fidelity LP,   PO Box 941911,    Houston, TX 77094-8911
15014952       +University of Pittsburgh Physicians,    PO Box 1123,   Minneapolis, MN 55440-1123
15014954        Vishal J. Dobaria, Esquire,    Phelan, Hallinan, Diamond & Jones LLP,
                 1617 JFK Blvd, Suite 1400,   One Penn Center Plaza,    Philadelphia, PA 19103
15014955       +West View Water Authority,    210 Perry Highway,   West View,   Pittsburgh, PA 15229-1895

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15015311       +E-mail/Text: ebnnotifications@creditacceptance.com May 23 2020 02:40:20     Credit Acceptance,
                 25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
15014932       +E-mail/Text: ebnnotifications@creditacceptance.com May 23 2020 02:40:20
                 Credit Acceptance Corporation,   25505 West Twelve Mile Road,    P.O. Box 5176,
                 Southfield, MI 48086-5176
15014933       +E-mail/Text: bdsupport@creditmanagementcompany.com May 23 2020 02:41:09
                 Credit Management Company,   2121 Noblestown Road,    PO Box 16346,   Pittsburgh, PA 15242-0346
15014934       +E-mail/PDF: creditonebknotifications@resurgent.com May 23 2020 02:42:42     Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
15014936       +E-mail/Text: Bankruptcy.Consumer@dish.com May 23 2020 02:40:52     Dish Network,
                 PO Box 105169,   Atlanta, GA 30348-5169
15014938       +E-mail/Text: bankruptcynotices@dcicollect.com May 23 2020 02:41:11     Diversified Consultants,
                 10550 Deerwood Park Blvd,   Suite 309,   Jacksonville, FL 32256-2805
15057551       +E-mail/Text: kburkley@bernsteinlaw.com May 23 2020 02:41:18     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15055739        E-mail/Text: JCAP_BNC_Notices@jcap.com May 23 2020 02:41:04     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
15033435       +E-mail/Text: bankruptcy@sccompanies.com May 23 2020 02:41:26     Montgomery Ward,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,    Dallas, TX 75380-0849
15014944       +E-mail/Text: bankruptcy@sccompanies.com May 23 2020 02:41:26     Montgomery Ward,
                 3650 Milwaukee Street,   Madison, WI 53714-2304
15014945       +E-mail/Text: bankruptcy@ncaks.com May 23 2020 02:40:19     National Credit Adjusters,
                 PO Box 3023,   327 W 4th St.,   Hutchinson, KS 67501-4842
15053996        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 23 2020 02:42:45     Verizon,
                 by American InfoSource as agent,   PO Box 4457,    Houston, TX 77210-4457
15014953       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 23 2020 02:39:44
                 Verizon,   500 Technology Drive, Suite 300,   Weldon Springs, MO 63304-2225
                                                                                             TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
cr*            +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
15014937      ##+Ditech Financial,   PO Box 6172,   Rapid City, SD 57709-6172
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2              User: msch                Page 2 of 2               Date Rcvd: May 22, 2020
                                  Form ID: pdf900           Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Samuel E. Miller bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              James    Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Stowe jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```