# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-21086-JAD |
| | ) | |
| Samuel E. Miller, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 88 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | February 3, 2021 at 11:00 a.m. |
| | ) | |
| No Respondent. | ) | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Samuel E. Miller.

2. This is an interim application for the period February 5, 2019 through January 5, 2021.

3. Previous retainer paid to Applicant: $750.00.

4. Previous interim compensation allowed to Applicant: $3,250.00

5. Applicant requests additional:
   Compensation of $5,862.50
   Reimbursement of Expenses of $139.50

6. A Zoom Video Conference Hearing on this Application will be held on February 3, 2021 at 11:00 a.m. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021, which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

7. Any written objections must be filed with the court and served on Applicant on or before January 22, 2021, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: January 5, 2021                    /s/Brian C. Thompson
                                          Brian C. Thompson, Esquire

                PA ID No. 91197
                THOMPSON LAW GROUP, P.C.
                125 Warrendale Bayne Road, Suite 200
                Warrendale, PA 15086
                (724) 799-8404
                bthompson@thompsonattorney.com