# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Samuel E. Miller, | : | Bankruptcy Case No.: 19-21086-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Samuel E. Miller, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | |
| Carrington Mortgage Services, LLC, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

    I, Kristen Finke, Paralegal, certify under penalty of perjury that I served the forgoing Status Report and Portal History on the following parties at the addresses listed below on March 2, 2021, via electronic mail and/or first-class mail postage prepaid:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Carrington Mortgage Services, LLC
P.O. Box 3730
Anaheim, CA 92806

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: <u>March 2, 2021</u>

/s/ Kristen Finke
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com