**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/26/21 6:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re:  Samuel E. Miller, | **MODIFIED DEFAULT O/E JAD** |
| Debtor. | |
| _____ | Bankruptcy No. 19-21086-JAD |
| Samuel E. Miller, | |
| | Chapter 13 |
| Movant, | |
| | Related to ECF No.104 |
| v. | |
| Carrington Mortgage Services, LLC, | |
| Respondent. | |

## ORDER

A *Default Order* dated March 15, 2021, was entered in the above matter at Document No. 101. On April 14, 2021, a **SIXTH** *Motion to Extend the Loss Mitigation Period* was filed by Samuel E. Miller at Document No. 104.

*AND NOW*, this 26th day of April, 2021, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including May 26, 2021.*

*NO FURTHER EXTENSION WILL BE GRANTED BY DEFAULT.* Additional requests to extend the loss mitigation period will be scheduled and noticed for hearing before Judge Deller.

Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
  Samuel E. Miller
  Brian C. Thompson, Esquire
  Brian C. Nicholas, Esquire
  Ronda J. Winnecour, Esquire
  Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21086-JAD |
| Samuel E. Miller | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: Apr 26, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

**Recip ID    Recipient Name and Address**
db           + Samuel E. Miller, 1110 Woodward Avenue, Mc Kees Rocks, PA 15136-2212

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:**

**Name**                  **Email Address**
Brian Nicholas
                          on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19 bnicholas@kmllawgroup.com

Brian C. Thompson
                          on behalf of Debtor Samuel E. Miller bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Jeffrey R. Hunt
                          on behalf of Creditor Township of Stowe jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck
                          on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2     User: mgut     Page 2 of 2
Date Rcvd: Apr 26, 2021     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
                         cmecf@chapter13trusteewdpa.com

TOTAL: 6