**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Samuel E. Miller, | : | Bankruptcy Case No.: 19-21086-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Samuel E. Miller, | : | |
| | : | Document No.:  121 |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | |
| Carrington Mortgage Services, LLC, | : | |
| | : | |
| Respondent. | : | |

## ORDER

A *Default Order* dated September 8, 2021, was entered in the above matter at Document No.

119.  On October 8, 2021, a **Motion to Extend the Loss Mitigation Period** was filed by Samuel E.

Miller at Document No. 121.

*AND NOW*, this  21st  day of  October , 20 21, it is hereby **ORDERED,**

**ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including*

November 29 , 20 21 .

FILED
10/21/21 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_jsf_

_____
United States Bankruptcy Judge

Jeffery A. Deller

**PAWB Local Form 43 (04/14)**                    **Page 1 of 1**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-21086-JAD

Samuel E. Miller                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: lfin | Page 1 of 2
--- | --- | ---
Date Rcvd: Oct 21, 2021 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

**Recip ID**              **Recipient Name and Address**
db                    +   Samuel E. Miller, 1110 Woodward Avenue, Mc Kees Rocks, PA 15136-2212

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Brian Nicholas
                         on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of
                         CWABS, Inc., Asset-Backed Certificates, Series 2006-19 bnicholas@kmllawgroup.com

Brian C. Thompson
                         on behalf of Debtor Samuel E. Miller bthompson@ThompsonAttorney.com
                         blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.co
                         m

Jeffrey R. Hunt
                         on behalf of Creditor Township of Stowe jhunt@grblaw.com

Keri P. Ebeck
                         on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

TOTAL: 6