# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Samuel E. Miller, | : | Bankruptcy Case No.: 19-21086-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Samuel E. Miller, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | |
| Carrington Mortgage Services, LLC, | : | **Hearing Date and Time:** |
| | : | October 12, 2022, at 11:00 a.m. |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

    I, Kristen Finke, Paralegal, certify under penalty of perjury that I served the forgoing Motion for Approval of Final Loan Modification, Loan Modification Summary, Exhibit, Proposed Order and the Notice of Hearing and Response Deadline on the following parties at the addresses listed below on September 14, 2022, via electronic mail and/or first-class mail postage prepaid:

Carrington Mortgage Services  
1600 S. Douglass Rd.  
Anaheim, CA 92901  

James C. Warmbrodt, Esquire  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
*Counsel for Respondent*  

Ronda J. Winnecour, Esquire  
Office of Chapter 13 Trustee  
3250 USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Office of U.S. Trustee  
970 Liberty Center  
1001 Liberty Avenue  
Pittsburgh, PA 15222  

Date:  September 14, 2022  

    /s/ Kristen Finke  
    Kristen Finke, Paralegal  
    Thompson Law Group, P.C.  
    125 Warrendale-Bayne Road, Suite 200  
    Warrendale, Pennsylvania 15086  
    (724) 799-8404 Telephone  
    (724) 799-8409 Facsimile  
    kfinke@thompsonattorney.com