**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SAMUEL E. MILLER | Case No. 19-21086JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>STOWE TOWNSHIP (RE)** | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

CLAIM HAS NOT BEEN WITHDRAWN NOR MARKED SATISFIED ON THE PUBLIC RECORD.

| | |
|---|---|
| STOWE TOWNSHIP (RE)**<br>C/O JORDAN TAX SERVICE - CURR YR CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 5/Trustee CID# 36 |

The Movant further certifies that on 02/08/2024, copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | ORIGINAL CREDITOR: |
|---|---|
| SAMUEL E. MILLER, 1110 WOODWARD AVENUE, MCKEES ROCKS, PA  15136 | STOWE TOWNSHIP (RE)**, C/O JORDAN TAX SERVICE - CURR YR CLCTR, 102 RAHWAY RD, MCMURRAY, PA  15317 |
| ORIGINAL CREDITOR'S COUNSEL: | DEBTOR'S COUNSEL: |
| JEFFREY R HUNT ESQ, GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA  15219 | BRIAN C THOMPSON ESQ, THOMPSON LAW GROUP PC, 301 SMITH DRIVE SUITE 6, CRANBERRY TOWNSHIP, PA  16066 |
| NEW CREDITOR: | |