**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/08/2024

IN RE:

SAMUEL E. MILLER
1110 WOODWARD AVENUE
MCKEES ROCKS, PA 15136
XXX-XX-5156          Debtor(s)

Case No. 19-21086 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/8/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC** (FRMRLY BRIAN C. NICH**<br>C/O DENISE CARLON ESQ<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BANK OF NY MELLON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF NY MELLON - TRUSTEE ET AL**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>1600 SOUTH DOUGLASS RD<br>ANAHEIM, CA  92806 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM:  0.00<br>COMMENT:  LOAN MOD@39*680.60/PL*666.31/CL*BGN 4/19*FR CWABS 2006-19*D131*FR CWAB | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3620 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number: 4   INT %: 4.00%<br>Court Claim Number: 1<br>CLAIM:  8,997.48<br>COMMENT:  SURR/PL*$10,790.45=CL*910 CL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  8227 |
| **DITECH FINANCIAL LLC(*)++**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL  32202 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIGHTON RADIOLOGY ASSOCIATES**<br>3582 BRODHEAD RD STE 204<br>MONACA, PA  15061-3142 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3571 |
| **CAPITAL MAGAZINE SERVICE**<br>1030 ST GEORGES 200<br>AVENEL, NJ  07001 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0033 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br>COLUMBUS, OH  48216-0117 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0005 |
| **CREDIT MANAGEMENT COMPANY**<br>FOSTER PLAZA BUILDING 7<br>661 ANDERSEN DR STE 110<br>PITTSBURGH, PA  15220 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7502 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT ONE BANK**<br>POB 98873<br>LAS VEGAS, NV  89193 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDITECH**<br>POB 99*<br>BANGOR, PA  18013 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0040 |
| **CREDITECH**<br>POB 99*<br>BANGOR, PA  18013 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4732 |
| **DIVERSIFIED CONSULTANTS++**<br>POB 551268<br>JACKSONVILLE, FL  32255 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1342 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 1,667.24<br>COMMENT: 0000/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8732 |
| **EMERGENCY RESOURCE MGMT++**<br>POB 371980<br>PITTSBURGH, PA  15250 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0165 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD  57117 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **GUARDIAN PROTECTION SERVICES(*)**<br>174 THORN HILL RD<br>WARRENDALE, PA  15086 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5362 |
| **MONTGOMERY WARD***<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 296.70<br>COMMENT: 7290/SCH/2/16 DEBT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5290 |
| **NATIONAL CREDIT ADJUSTERS**<br>POB 3023<br>HUTCHINSON, KS  67504 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0478 |

# CLAIM RECORDS

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **OHIO VALLEY GENL HOSPITAL**<br>HECKEL RD<br><br>MCKEES ROCKS, PA 15136 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8610 |
| **PITTSBURGH PARKING COURT**<br>C/O PROFESSIONAL ACCOUNT MGMNT LLC<br>POB 391<br>MILWAUKEE, WI 53201 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1956 |
| **SAFE AUTO**<br>4 EASTON OVAL<br><br>COLUMBUS, OH 43219 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4A02 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 264.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5156 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 551.04<br>COMMENT: 3166/SCH*CHG OFF 4/13/2016 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **WEST VIEW WATER AUTHORITY**<br>210 PERRY HIGHWAY<br><br>PITTSBURGH, PA 15229 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **ALLEGHENY COUNTY DEPT OF COURT RECORD**<br>CRIMINAL DIVISION<br>436 GRANT ST<br>ROOM 114<br>PITTSBURGH, PA 15219 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DISH NETWORK**<br>DEPT 0063<br><br>PALATINE, IL 60055-0063 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PLAIN GREEN LLC****<br>PO BOX 42560<br><br>PHILADELPHIA, PA 19101 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TOWNSHIP OF STOWE****<br>C/O CREDITECH<br>POB 99<br>BANGOR, PA 18013-0099 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **UNIVERSAL FIDELITY++**<br>PO BOX 219785<br>HOUSTON, TX 77218 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **JUDITH GIBSON**<br>2453 BRIGHTON RD APT 9<br>PITTSBURGH, PA 15212 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA 15219 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FEES/PL*PIF/CLERK LTR*DK | CRED DESC: FILING FEES<br>ACCOUNT NO.: 1921086JAD |
| **BANK OF NY MELLON - TRUSTEE ET AL**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>1600 SOUTH DOUGLASS RD<br>ANAHEIM, CA 92806 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 0.00<br>COMMENT: LOAN MOD@39*28077.58/CL*SLNT ARRS/PL*THRU 3/19*FR CWABS 2006-19*D131*F | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3620 |
| **STOWE TOWNSHIP (RE)\*\***<br>C/O JORDAN TAX SERVICE - CURR YR CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:35 INT %: 10.00%<br>Court Claim Number:5<br>CLAIM: 684.34<br>COMMENT: 73-K-133*CL5GOV*NT/SCH-PL*WNTS 10%*2019 TAX YR*W/36*PIF/CRED*NTC-RSV | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K133 |
| **STOWE TOWNSHIP (RE)\*\***<br>C/O JORDAN TAX SERVICE - CURR YR CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 68.43<br>COMMENT: 73-K-133*CL5GOV*NT/SCH-PL*NON-INT*2019 TAX YR*W/35*PIF/CRED*NTC-RSV | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K133 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 160.50<br>COMMENT: REF 3003102402*NT/SCH*FINGERHUT*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6749 |
| **BANK OF NY MELLON - TRUSTEE ET AL**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>1600 SOUTH DOUGLASS RD<br>ANAHEIM, CA 92806 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 22,522.75<br>COMMENT: LOAN MOD@39*BGN 1/22*FR BNY-MELLON/CWABS 2006-19*DOC 131*FR BNY-MEL | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3620 |
| **BANK OF NY MELLON - TRUSTEE ET AL**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>1600 SOUTH DOUGLASS RD<br>ANAHEIM, CA 92806 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:3-2<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*LOAN MOD BGN 5/22*DK4PMT-LMT*FR CWABS 2005-19*D145*AMD | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3620 |