UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Samuel Miller                                           CHAPTER: 13
1110 Woodward AVE                                       CASE NUMBER: 19-21086
MC Kees Rocks, PA 15136                                 CLAIM AMOUNT: $160.50

Debtors.
_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 5/22/2019, in the amount of $160.50.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 8th day of February, 2024.

                                                  Jefferson Capital Systems LLC

                                                  By: /s/ Nancy Mehrenberg
                                                  Nancy Mehrenberg   Bankruptcy Specialist

                                                  Jefferson Capital Systems, LLC
                                                  200 14th Avenue E
                                                  Sartell, MN 56377
                                                  (800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Samuel Miller<br>1110 Woodward AVE<br>MC Kees Rocks, PA 15136 |
| Debtor's Attorney: | Brian Thompson<br>125 Warrendale Bayne RD STE 200<br>Warrendale, PA 15086 |
| Chapter 13 Trustee: | Ronda Winnecour<br>600 Grant St<br>Pittsburgh, PA 15219-2712 |

by submitting electronically with the court.

    This 8th day of February, 2024.

    Jefferson Capital Systems LLC

    By: /s/ Nancy Mehrenberg
    Nancy Mehrenberg   Bankruptcy Specialist

    Jefferson Capital Systems, LLC
    200 14th Avenue E
    Sartell, MN 56377
    (800) 928-7314