# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Samuel E. Miller, | : | Case No. 19-21086-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Samuel E. Miller, | : | |
| | : | |
| Movant, | : | Document No.: |
| | : | |
| v. | : | |
| | : | Related to Document No.: |
| Allegheny County Dept of Court Records, Bank of America Home Loans, Bank of New York Mellon, Brighton Radiology Associates, Capital Magazine Service, Columbia Gas, Credit Acceptance Corporation, Credit Management Company, Credit One Bank, Creditech, Dish Network, Ditech Financial, Diversified Consultants, Duquesne Light Company, Emergency Resource Management, First Premier Bank, Guardian Protection Services, Judith Gibson, Montgomery Ward, National Credit Adjusters, Ohio Valley General Hospital, Plain Green Loans, Professional Account Management, Safe Auto Insurance, Stowe Twp Sewer, Universal Fidelity LP, University of Pittsburgh Physicians, Verizon, Vishal J. Dobaria, Esquire, West View Water Authority, | : | Hearing Date and Time: June 12, 2024 at 10:00 a.m. |
| Creditors, | : | |
| and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondents. | : | |

## NOTICE OF HEARING WITH RESPONSIVE DEADLINE ON DEBTOR'S MOTION FOR HARDSHIP DISCHARGE

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than June 1, 2024, i.e., no less than seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A "hybrid" hearing will be held on <u>June 12, 2024, at 10:00 a.m.</u> before Judge Jeffery A. Deller. A "hybrid" hearing is one which any counsel and/or litigant may choose to attend in-person or remotely utilizing the Zoom Video Conference Platform ("Zoom").

Counsel or litigants desiring to appear in-person should appear in front of Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219 at the date and time stated above.

Counsel or litigants appearing remotely shall initiate and use the following Zoom link at least ten (10) minutes prior to the above scheduled "hybrid" hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473.

All participants appearing remotely via Zoom or otherwise must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After November 1, 2023 ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-jeffery-deller.

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternate arrangements if they desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are also reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time.

All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later

Dated: <u>May 15, 2024</u>                    /s/ Brian C. Thompson
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8084 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com