## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Samuel E. Miller, | : | Case No. 19-21086-JAD |
| Debtor. | : | Chapter 13 |
| | : | |
| Samuel E. Miller, | : | |
| Movant, | : | Document No.: |
| v. | : | |
| | : | Related to Document No.: |
| Allegheny County Dept of Court Records, Bank of America Home Loans, Bank of New York Mellon, Brighton Radiology Associates, Capital Magazine Service, Columbia Gas, Credit Acceptance Corporation, Credit Management Company, Credit One Bank, Creditech, Dish Network, Ditech Financial, Diversified Consultants, Duquesne Light Company, Emergency Resource Management, First Premier Bank, Guardian Protection Services, Judith Gibson, Montgomery Ward, National Credit Adjusters, Ohio Valley General Hospital, Plain Green Loans, Professional Account Management, Safe Auto Insurance, Stowe Twp Sewer, Universal Fidelity LP, University of Pittsburgh Physicians, Verizon, Vishal J. Dobaria, Esquire, West View Water Authority, | : | Hearing Date and Time: June 12, 2024 at 10:00 a.m. |
| Creditors, | : | |
| and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondents. | : | |

## **ORDER**

AND NOW, this _____ day of _____ 2024, it appearing that the above-captioned Debtor having filed a petition for relief under Chapter 13 of the Federal Bankruptcy Code on March 19, 2019, and having a Chapter 13 Plan confirmed and completed, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. This Court shall issue a hardship discharge order in this matter.

2. The Chapter 13 Trustee shall disburse funds in her possession to remaining creditors in accordance with the Plan confirmed on July 28, 2023.

                              BY THE COURT:

Dated: _____     _____
                                              United States Bankruptcy Judge