# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Samuel E. Miller, | : | Case No. 19-21086-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Samuel E. Miller, | : | Document No.: 184 |
| | : | |
| Movant, | : | Related to Document No.: 180, 181, 183 |
| | : | |
| v. | : | |
| | : | **Hearing Date and Time:** |
| Allegheny County Dept of Court Records, Bank of America Home Loans, Bank of New York Mellon, Brighton Radiology Associates, Capital Magazine Service, Columbia Gas, Credit Acceptance Corporation, Credit Management Company, Credit One Bank, Creditech, Dish Network, Ditech Financial, Diversified Consultants, Duquesne Light Company, Emergency Resource Management, First Premier Bank, Guardian Protection Services, Judith Gibson, Montgomery Ward, National Credit Adjusters, Ohio Valley General Hospital, Plain Green Loans, Professional Account Management, Safe Auto Insurance, Stowe Twp Sewer, Universal Fidelity LP, University of Pittsburgh Physicians, Verizon, Vishal J. Dobaria, Esquire, West View Water Authority, | : | June 12, 2024, at 10:00 a.m. |
| Creditors, | : | |
| and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondents. | : | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR HARDSHIP DISCHARGE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on May 15, 2024, at Document No. 180, have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting

Hearing and Response Deadline at Document No. 181, Objections were to be filed and served no later than June 1, 2024.

    It is hereby respectfully requested that the Proposed Order filed at Document No. 183 be entered by the Court.

| | |
|---|---|
| Date: <u>June 3, 2024</u> | /s/ <u>Brian C. Thompson</u><br>Brian C. Thompson, Esquire<br>Attorney for Debtor(s)<br>PA ID No. 91197<br>THOMPSON LAW GROUP, P.C.<br>301 Smith Drive, Suite 6<br>Cranberry Township, PA 16066<br>(724) 799-8404 Telephone<br>(724) 799-8409 Facsimile<br>bthompson@thompsonattorney.com |