**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　SAMUEL E. MILLER<br><br>　　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　　vs.<br>　SAMUEL E. MILLER<br><br>　　　　Respondents | Case No. 19-21086JAD<br><br>　　　　　FILED<br>　　　　6/10/24 11:50 am<br>　　　　　CLERK<br>Chapter 13　U.S. BANKRUPTCY<br>　　　　COURT - WDPA<br><br>Document No. 186 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  10th  day of  June , 20 24 , it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　Bobby D'S Burgers & Barbecue
　　　　　Attn: Payroll Manager
　　　　　564 Pine Hollow Rd
　　　　　Kenmawr Plaza
　　　　　Mckeesrocks, PA 15136

is hereby ordered to immediately terminate the attachment of the wages of SAMUEL E. MILLER, social security number XXX-XX-5156. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SAMUEL E. MILLER.

BY THE COURT:

_____
jsf
UNITED STATES BANKRUPTCY JUDGE

JEFFERY A. DELLER

cc: Debtor(s)
　　Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21086-JAD |
| Samuel E. Miller | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel E. Miller, 1110 Woodward Avenue, Mc Kees Rocks, PA 15136-2212 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 12, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Samuel E. Miller bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19 dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Stowe jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6