**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Samuel E. Miller**
Debtor(s)

Bankruptcy Case No.: 19−21086−JAD

Chapter: 13
Docket No.: 191 − 190

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 1st of July, 2024, a Motion for Discharge of Debtor under 1328(b) having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/26/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/3/24 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/26/24.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21086-JAD |
| Samuel E. Miller | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 01, 2024 | Form ID: 408 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel E. Miller, 1110 Woodward Avenue, Mc Kees Rocks, PA 15136-2212 |
| cr | + | Township of Stowe, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 15014926 | + | Allegheny County Dept of Court Records, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 15014928 | + | Bank of New York Mellon, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 15014929 | + | Brighton Radiology Associates, PO Box 536287, Pittsburgh, PA 15253-5904 |
| 15014931 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, PO Box 742537, Cincinnati, OH 45274 |
| 15014930 | + | Capital Magazine Service, 1030 St Georges #200, Avenel, NJ 07001-1330 |
| 15014935 | + | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 15014937 | | Ditech Financial, PO Box 6172, Rapid City, SD 57709 |
| 15014938 | + | Diversified Consultants, 10550 Deerwood Park Blvd, Suite 309, Jacksonville, FL 32256-2805 |
| 15014939 | + | Duquesne Light Company, Payment Processing Center, PO Box 67, Pittsburgh, PA 15267-0067 |
| 15014940 | + | Emergency Resource Management, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15014942 | + | Guardian Protection Services, PO Box 37751, Philadelphia, PA 19101-5051 |
| 15014943 | + | Judith Gibson, 2453 Brighton Road, Apartment 9, Pittsburgh, PA 15212-2863 |
| 15014946 | + | Ohio Valley General Hospital, 25 Heckel Rd, Mc Kees Rocks, PA 15136-1694 |
| 15014949 | + | Safe Auto Insurance, 4 Easton Oval, Columbus, OH 43219-6010 |
| 15014950 | + | Stowe Twp Sewer, 555 Broadway Avenue, Mc Kees Rocks, PA 15136-3027 |
| 15048791 | + | Township of Stowe, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15683419 | + | Township of Stowe, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15014951 | + | Universal Fidelity LP, PO Box 941911, Houston, TX 77094-8911 |
| 15014954 | | Vishal J. Dobaria, Esquire, Phelan, Hallinan, Diamond & Jones LLP, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15014955 | + | West View Water Authority, 210 Perry Highway, West View, Pittsburgh, PA 15229-1895 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: BKBCNMAIL@carringtonms.com | Jul 02 2024 00:32:00 | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW, 1600 S. Douglass Rd., Anaheim, CA 92806 |
| cr | Email/Text: BKBCNMAIL@carringtonms.com | Jul 02 2024 00:32:00 | The Bank of New York Mellon, F/K/A The Bank of New, 1600 South Douglass Rd., Anaheim, CA 92806 |
| cr | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 02 2024 00:32:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| 15014927 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jul 02 2024 00:32:00 | Bank of America Home Loans, 450 American Street, Simi Valley, CA 93065-6285 |
| 15047258 | Email/Text: BKBCNMAIL@carringtonms.com | Jul 02 2024 00:32:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |

Case 19-21086-JAD    Doc 192    Filed 07/03/24    Entered 07/04/24 00:34:18    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2024 | Form ID: 408 | Total Noticed: 46 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15015311 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 02 2024 00:32:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 15014932 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 02 2024 00:32:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, P.O. Box 5176, Southfield, MI 48086-5176 |
| 15014933 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 02 2024 00:32:00 | Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15014934 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 02 2024 00:46:36 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15014936 | + | Email/Text: Bankruptcy.Consumer@dish.com | Jul 02 2024 00:32:00 | Dish Network, PO Box 105169, Atlanta, GA 30348-5169 |
| 15057551 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 02 2024 00:32:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15014941 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 02 2024 00:58:08 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15055739 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 02 2024 00:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15033435 | + | Email/Text: bankruptcy@sccompanies.com | Jul 02 2024 00:32:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014944 | + | Email/Text: bankruptcy@sccompanies.com | Jul 02 2024 00:32:00 | Montgomery Ward, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 15014945 | + | Email/Text: bankruptcy@ncaks.com | Jul 02 2024 00:32:00 | National Credit Adjusters, PO Box 3023, 327 W 4th St., Hutchinson, KS 67501-4842 |
| 15014948 | | Email/Text: Corresondence@DuncanSolutions.com | Jul 02 2024 00:32:47 | Professional Account Management, PO Box 640, Pittsburgh, PA 15320 |
| 15014947 | ^ | MEBN | Jul 02 2024 00:25:03 | Plain Green Loans, PO Box 42560, Philadelphia, PA 19101-2560 |
| 15470934 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 02 2024 00:32:00 | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF, 1600 S. Douglass Rd., Anaheim, CA 92806-5948 |
| 15528002 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 02 2024 00:32:00 | The Bank of New York Mellon, f/ka the Bank of New, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 15048453 | | Email/Text: BNCnotices@dcmservices.com | Jul 02 2024 00:32:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15014952 | + | Email/Text: BNCnotices@dcmservices.com | Jul 02 2024 00:32:00 | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15053996 | | Email/PDF: ebn_ais@aisinfo.com | Jul 02 2024 00:46:06 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15014953 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 02 2024 00:32:00 | Verizon, 500 Technology Drive, Suite 300, Weldon Springs, MO 63304-2225 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 — User: auto — Page 3 of 3
Date Rcvd: Jul 01, 2024 — Form ID: 408 — Total Noticed: 46

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Samuel E. Miller bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19 dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Stowe jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6