IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SAMUEL E. MILLER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Case No.:19-21086 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR UNDER 1328(b)
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in the Chapter 13 Case. The Court has separately ruled that a discharge under Section 1328(b) should be granted.

3. Attached hereto please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

WHEREFORE, the Trustee respectfully requests that the Court,

    (a) Approve the Trustee's Report of Receipts and Disbursements,
    (b) Revest property of the estate with the debtor(s),
    (c) Terminate wage attachments, and
    (d) Enter a final decree and close this case.

6/26/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/19/2019 and confirmed on 7/11/19. The case was subsequently (GD)DISCHARGED UNDER 11 USC 1328(B)$ TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 58,513.66 |
| Less Refunds to Debtor | 244.79 | |
| TOTAL AMOUNT OF PLAN FUND | | 58,268.87 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,694.89 | |
|   Trustee Fee | 2,723.21 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,418.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NY MELLON - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3620 | | | | |
|   BANK OF NY MELLON - TRUSTEE ET AL | 22,522.75 | 22,522.75 | 0.00 | 22,522.75 |
|     Acct: 3620 | | | | |
|   BANK OF NY MELLON - TRUSTEE ET AL | 0.00 | 14,178.68 | 0.00 | 14,178.68 |
|     Acct: 3620 | | | | |
|   BANK OF NY MELLON - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3620 | | | | |
|   STOWE TOWNSHIP (RE)** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K133 | | | | |
|   STOWE TOWNSHIP (RE)** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K133 | | | | |
|   CREDIT ACCEPTANCE CORP* | 8,997.48 | 8,997.48 | 1,151.86 | 10,149.34 |
|     Acct: 8227 | | | | |
| | | | | 46,850.77 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL E. MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL E. MILLER | 244.79 | 244.79 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 6,002.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXX5/21 | | | | |
|   THOMPSON LAW GROUP PC | 1,000.00 | 359.17 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 4,543.37 | 1,585.72 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX7/24 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX6JAD | | | | |

                              \*\*\*N O N E\*\*\*

Unsecured

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   BRIGHTON RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3571 | | | | |
|   CAPITAL MAGAZINE SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0033 | | | | |
|   COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0005 | | | | |
|   CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7502 | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0040 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4732 | | | | |
|   DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1342 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 1,667.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 8732 | | | | |
|   EMERGENCY RESOURCE MGMT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0165 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GUARDIAN PROTECTION SERVICES(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5362 | | | | |
|   MONTGOMERY WARD** | 296.70 | 0.00 | 0.00 | 0.00 |
|     Acct: 5290 | | | | |
|   NATIONAL CREDIT ADJUSTERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0478 | | | | |
|   OHIO VALLEY GENL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8610 | | | | |
|   PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1956 | | | | |
|   SAFE AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4A02 | | | | |
|   UPMC PHYSICIAN SERVICES | 264.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5156 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 551.04 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   WEST VIEW WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6749 | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DITECH FINANCIAL LLC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUDITH GIBSON++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLEGHENY COUNTY DEPT OF COURT R | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PLAIN GREEN LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOWNSHIP OF STOWE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-21086 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    UNIVERSAL FIDELITY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 46,850.77 |
|---|---|---|
| TOTAL CLAIMED | | |
|   PRIORITY | 0.00 | |
|   SECURED | 31,520.23 | |
|   UNSECURED | 2,778.98 | |

Date: 06/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SAMUEL E. MILLER

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:19-21086 JAD
Chapter 13

Document #_____

## ORDER OF COURT

    AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor under 1328(b) and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED**, **ADJUDGED** and **DECREED**, as follows:

(1) Property of the estate revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate are hereby terminated.

(2) Each and every creditor is bound by the provision of the plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or had rejected the plan.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employers.

(4)  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21086-JAD |
| Samuel E. Miller | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 01, 2024 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel E. Miller, 1110 Woodward Avenue, Mc Kees Rocks, PA 15136-2212 |
| cr | + | Township of Stowe, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 15014926 | + | Allegheny County Dept of Court Records, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 15014928 | + | Bank of New York Mellon, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 15014929 | + | Brighton Radiology Associates, PO Box 536287, Pittsburgh, PA 15253-5904 |
| 15014931 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, PO Box 742537, Cincinnati, OH 45274 |
| 15014930 | + | Capital Magazine Service, 1030 St Georges #200, Avenel, NJ 07001-1330 |
| 15014935 | + | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 15014937 | | Ditech Financial, PO Box 6172, Rapid City, SD 57709 |
| 15014938 | + | Diversified Consultants, 10550 Deerwood Park Blvd, Suite 309, Jacksonville, FL 32256-2805 |
| 15014939 | + | Duquesne Light Company, Payment Processing Center, PO Box 67, Pittsburgh, PA 15267-0067 |
| 15014940 | + | Emergency Resource Management, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15014942 | + | Guardian Protection Services, PO Box 37751, Philadelphia, PA 19101-5051 |
| 15014943 | + | Judith Gibson, 2453 Brighton Road, Apartment 9, Pittsburgh, PA 15212-2863 |
| 15014946 | + | Ohio Valley General Hospital, 25 Heckel Rd, Mc Kees Rocks, PA 15136-1694 |
| 15014949 | + | Safe Auto Insurance, 4 Easton Oval, Columbus, OH 43219-6010 |
| 15014950 | + | Stowe Twp Sewer, 555 Broadway Avenue, Mc Kees Rocks, PA 15136-3027 |
| 15048791 | + | Township of Stowe, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15683419 | + | Township of Stowe, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15014951 | + | Universal Fidelity LP, PO Box 941911, Houston, TX 77094-8911 |
| 15014954 | | Vishal J. Dobaria, Esquire, Phelan, Hallinan, Diamond & Jones LLP, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15014955 | + | West View Water Authority, 210 Perry Highway, West View, Pittsburgh, PA 15229-1895 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: BKBCNMAIL@carringtonms.com | Jul 02 2024 00:32:00 | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW, 1600 S. Douglass Rd., Anaheim, CA 92806 |
| cr | Email/Text: BKBCNMAIL@carringtonms.com | Jul 02 2024 00:32:00 | The Bank of New York Mellon, F/K/A The Bank of New, 1600 South Douglass Rd., Anaheim, CA 92806 |
| cr | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 02 2024 00:32:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| 15014927 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jul 02 2024 00:32:00 | Bank of America Home Loans, 450 American Street, Simi Valley, CA 93065-6285 |
| 15047258 | Email/Text: BKBCNMAIL@carringtonms.com | Jul 02 2024 00:32:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15015311 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 02 2024 00:32:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 15014932 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 02 2024 00:32:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, P.O. Box 5176, Southfield, MI 48086-5176 |
| 15014933 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 02 2024 00:32:00 | Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15014934 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 02 2024 00:46:19 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15014936 | + | Email/Text: Bankruptcy.Consumer@dish.com | Jul 02 2024 00:32:00 | Dish Network, PO Box 105169, Atlanta, GA 30348-5169 |
| 15057551 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 02 2024 00:32:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15014941 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 02 2024 00:46:36 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15055739 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 02 2024 00:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15033435 | + | Email/Text: bankruptcy@sccompanies.com | Jul 02 2024 00:32:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014944 | + | Email/Text: bankruptcy@sccompanies.com | Jul 02 2024 00:32:00 | Montgomery Ward, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 15014945 | + | Email/Text: bankruptcy@ncaks.com | Jul 02 2024 00:32:00 | National Credit Adjusters, PO Box 3023, 327 W 4th St., Hutchinson, KS 67501-4842 |
| 15014948 | | Email/Text: Corresondence@DuncanSolutions.com | Jul 02 2024 00:32:35 | Professional Account Management, PO Box 640, Pittsburgh, PA 15320 |
| 15014947 | ^ | MEBN | Jul 02 2024 00:25:05 | Plain Green Loans, PO Box 42560, Philadelphia, PA 19101-2560 |
| 15470934 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 02 2024 00:32:00 | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF, 1600 S. Douglass Rd., Anaheim, CA 92806-5948 |
| 15528002 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 02 2024 00:32:00 | The Bank of New York Mellon, f/ka the Bank of New, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 15048453 | | Email/Text: BNCnotices@dcmservices.com | Jul 02 2024 00:32:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15014952 | | Email/Text: BNCnotices@dcmservices.com | Jul 02 2024 00:32:00 | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15053996 | | Email/PDF: ebn_ais@aisinfo.com | Jul 02 2024 00:46:19 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15014953 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 02 2024 00:32:00 | Verizon, 500 Technology Drive, Suite 300, Weldon Springs, MO 63304-2225 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Samuel E. Miller bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19 dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Stowe jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6