**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Samuel E. Miller, | : | Bankruptcy Case No.: 19-21086-JAD |
| Debtor. | : | Chapter 13 |
| Samuel E. Miller, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 36 |
| v. | : | |
| No Respondents, | : | |
| Respondent. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is **not** required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On April 25, 2019, at docket number 36, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Debtor*: Samuel E. Miller.* Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: July 11, 2024          /s/ *Samuel E. Miller*
                              ID YdU6eUxd14cqWSpzH5rShQYD
                              Samuel E. Miller, Debtor

                              Respectfully submitted,

Dated: July 11, 2024          /s/Brian C. Thompson, Esquire
                              Brian C. Thompson
                              PA ID: 91197
                              Thompson Law Group, P.C.
                              301 Smith Drive, Suite 6
                              Cranberry Township, PA 16066
                              (724) 799-8404 Telephone
                              bthompson@thompsonattorney.com

## eSignature Details

**Signer ID:** **YdU6eUxd14cqWSpzH5rShQYD**
Signed by: Samuel E. Miller
Sent to email: millermantha14@gmail.com
IP Address: 73.79.72.10
Signed at: Jul 10 2024, 5:33 pm EDT