**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| SAMUEL E. MILLER | Case No.:19-21086 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/19/2019 and confirmed on 07/11/2019 . The case was subsequently (GD)DISCHARGED UNDER 11 USC 1328(B)$ TO DEBTOR

   2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 58,637.20 |
| Less Refunds to Debtor | | 368.33 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 58,268.87 |
| Administrative Fees | | | | |
|    Filing Fee | | 0.00 | | |
|    Notice Fee | | 0.00 | | |
|    Attorney Fee | | 8,694.89 | | |
|    Trustee Fee | | 2,723.21 | | |
|    Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 11,418.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|   BANK OF NY MELLON - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3620 | | | | |
|   BANK OF NY MELLON - TRUSTEE ET AL | 22,522.75 | 22,522.75 | 0.00 | 22,522.75 |
|     Acct: 3620 | | | | |
|   BANK OF NY MELLON - TRUSTEE ET AL | 0.00 | 14,178.68 | 0.00 | 14,178.68 |
|     Acct: 3620 | | | | |
|   BANK OF NY MELLON - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3620 | | | | |
|   STOWE TOWNSHIP (RE)** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K133 | | | | |
|   STOWE TOWNSHIP (RE)** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K133 | | | | |
|   CREDIT ACCEPTANCE CORP* | 8,997.48 | 8,997.48 | 1,151.86 | 10,149.34 |
|     Acct: 8227 | | | | |
| | | | | 46,850.77 |
| Priority | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| SAMUEL E. MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SAMUEL E. MILLER | 244.79 | 244.79 | 0.00 | 0.00 |
| Acct: | | | | |
| SAMUEL E. MILLER | 123.54 | 123.54 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 6,002.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXX5/21 | | | | |
| THOMPSON LAW GROUP PC | 1,000.00 | 359.17 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 4,543.37 | 1,585.72 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX7/24 | | | | |
| CLERK, U S BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX6JAD | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| BRIGHTON RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3571 | | | | |
| CAPITAL MAGAZINE SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0033 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7502 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0040 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4732 | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1342 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 1,667.24 | 0.00 | 0.00 | 0.00 |
| Acct: 8732 | | | | |
| EMERGENCY RESOURCE MGMT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0165 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GUARDIAN PROTECTION SERVICES(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5362 | | | | |
| MONTGOMERY WARD** | 296.70 | 0.00 | 0.00 | 0.00 |
| Acct: 5290 | | | | |
| NATIONAL CREDIT ADJUSTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0478 | | | | |
| OHIO VALLEY GENL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8610 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1956 | | | | |
| SAFE AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4A02 | | | | |
| UPMC PHYSICIAN SERVICES | 264.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5156 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 551.04 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEST VIEW WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6749 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DITECH FINANCIAL LLC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JUDITH GIBSON++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ALLEGHENY COUNTY DEPT OF COURT R | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PLAIN GREEN LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| TOWNSHIP OF STOWE** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| UNIVERSAL FIDELITY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

***N O N E***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 46,850.77 |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 31,520.23 |
| UNSECURED | 2.778.98 |

Date: 08/09/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com