**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Samuel E. Miller<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−5156<br>EIN  __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __−_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19−21086−JAD | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

Samuel E. Miller

8/7/24

**By the court:**  Jeffery A. Deller
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

**For more information, see page 2 >**

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21086-JAD |
| Samuel E. Miller | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 07, 2024 | Form ID: 3180WH | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel E. Miller, 1110 Woodward Avenue, Mc Kees Rocks, PA 15136-2212 |
| cr | + | Township of Stowe, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 15014926 | + | Allegheny County Dept of Court Records, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 15014928 | + | Bank of New York Mellon, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 15014929 | + | Brighton Radiology Associates, PO Box 536287, Pittsburgh, PA 15253-5904 |
| 15014931 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, PO Box 742537, Cincinnati, OH 45274 |
| 15014930 | + | Capital Magazine Service, 1030 St Georges #200, Avenel, NJ 07001-1330 |
| 15014935 | + | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 15014937 | | Ditech Financial, PO Box 6172, Rapid City, SD 57709 |
| 15014938 | + | Diversified Consultants, 10550 Deerwood Park Blvd, Suite 309, Jacksonville, FL 32256-2805 |
| 15014939 | + | Duquesne Light Company, Payment Processing Center, PO Box 67, Pittsburgh, PA 15267-0067 |
| 15014940 | + | Emergency Resource Management, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15014942 | + | Guardian Protection Services, PO Box 37751, Philadelphia, PA 19101-5051 |
| 15014943 | + | Judith Gibson, 2453 Brighton Road, Apartment 9, Pittsburgh, PA 15212-2863 |
| 15014946 | + | Ohio Valley General Hospital, 25 Heckel Rd, Mc Kees Rocks, PA 15136-1694 |
| 15014949 | + | Safe Auto Insurance, 4 Easton Oval, Columbus, OH 43219-6010 |
| 15014950 | + | Stowe Twp Sewer, 555 Broadway Avenue, Mc Kees Rocks, PA 15136-3027 |
| 15048791 | + | Township of Stowe, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15683419 | + | Township of Stowe, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15014951 | + | Universal Fidelity LP, PO Box 941911, Houston, TX 77094-8911 |
| 15014954 | | Vishal J. Dobaria, Esquire, Phelan, Hallinan, Diamond & Jones LLP, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15014955 | + | West View Water Authority, 210 Perry Highway, West View, Pittsburgh, PA 15229-1895 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Aug 08 2024 03:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 07 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Aug 08 2024 03:41:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 07 2024 23:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 07 2024 23:50:00 | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW, 1600 S. Douglass Rd., Anaheim, CA 92806 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 07 2024 23:50:00 | The Bank of New York Mellon, F/K/A The Bank of New, 1600 South Douglass Rd., Anaheim, CA 92806 |
| cr | | EDI: JEFFERSONCAP.COM | Aug 08 2024 03:41:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| 15014927 | + | EDI: BANKAMER | Aug 08 2024 03:41:00 | Bank of America Home Loans, 450 American Street, Simi Valley, CA 93065-6285 |
| 15047258 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 07 2024 23:50:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15015311 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 07 2024 23:50:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 15014932 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 07 2024 23:50:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, P.O. Box 5176, Southfield, MI 48086-5176 |
| 15014933 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 07 2024 23:52:00 | Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15014934 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2024 00:04:48 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15014936 | + | EDI: DISH | Aug 08 2024 03:41:00 | Dish Network, PO Box 105169, Atlanta, GA 30348-5169 |
| 15057551 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 07 2024 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15014941 | + | EDI: AMINFOFP.COM | Aug 08 2024 03:41:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15055739 | | EDI: JEFFERSONCAP.COM | Aug 08 2024 03:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15033435 | + | EDI: CBS7AVE | Aug 08 2024 03:41:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014944 | + | EDI: CBS7AVE | Aug 08 2024 03:41:00 | Montgomery Ward, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 15014945 | + | Email/Text: bankruptcy@ncaks.com | Aug 07 2024 23:50:00 | National Credit Adjusters, PO Box 3023, 327 W 4th St., Hutchinson, KS 67501-4842 |
| 15014948 | | Email/Text: Correspondence@DuncanSolutions.com | Aug 07 2024 23:51:00 | Professional Account Management, PO Box 640, Pittsburgh, PA 15320 |
| 15014947 | ^ | MEBN | Aug 07 2024 23:47:58 | Plain Green Loans, PO Box 42560, Philadelphia, PA 19101-2560 |
| 15014949 | ^ | MEBN | Aug 07 2024 23:49:33 | Safe Auto Insurance, 4 Easton Oval, Columbus, OH 43219-6010 |
| 15470934 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 07 2024 23:50:00 | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF, 1600 S. Douglass Rd., Anaheim, CA 92806-5948 |
| 15528002 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 07 2024 23:50:00 | The Bank of New York Mellon, f/ka the Bank of New, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 15048453 | | Email/Text: BNCnotices@dcmservices.com | Aug 07 2024 23:51:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15014952 | + | Email/Text: BNCnotices@dcmservices.com | Aug 07 2024 23:51:00 | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15053996 | | EDI: AIS.COM | | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2024 | Form ID: 3180WH | Total Noticed: 48 |

| | | Aug 08 2024 03:41:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
|---|---|---|---|
| 15014953 | + EDI: VERIZONCOMB.COM | | |
| | | Aug 08 2024 03:41:00 | Verizon, 500 Technology Drive, Suite 300, Weldon Springs, MO 63304-2225 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Samuel E. Miller bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19 dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Stowe jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6