**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SAMUEL E. MILLER

            Debtor(s)

Ronda J. Winnecour
        Movant
     vs.
No Repondents.

Case No.:19-21086 JAD
Chapter 13

Document # 190

FILED
8/27/24 10:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

    AND NOW, this 27th day of August, 20 24, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor under 1328(b) and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED**, **ADJUDGED** and **DECREED**, as follows:

(1) Property of the estate revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate are hereby terminated.

(2) Each and every creditor is bound by the provision of the plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or had rejected the plan.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employers.

(4) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jsf

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21086-JAD |
| Samuel E. Miller | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel E. Miller, 1110 Woodward Avenue, Mc Kees Rocks, PA 15136-2212 |
| cr | + | Township of Stowe, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 15014926 | + | Allegheny County Dept of Court Records, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 15014928 | + | Bank of New York Mellon, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 15014929 | + | Brighton Radiology Associates, PO Box 536287, Pittsburgh, PA 15253-5904 |
| 15014931 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, PO Box 742537, Cincinnati, OH 45274 |
| 15014930 | + | Capital Magazine Service, 1030 St Georges #200, Avenel, NJ 07001-1330 |
| 15014935 | + | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 15014937 | | Ditech Financial, PO Box 6172, Rapid City, SD 57709 |
| 15014938 | + | Diversified Consultants, 10550 Deerwood Park Blvd, Suite 309, Jacksonville, FL 32256-2805 |
| 15014939 | + | Duquesne Light Company, Payment Processing Center, PO Box 67, Pittsburgh, PA 15267-0067 |
| 15014940 | + | Emergency Resource Management, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15014942 | + | Guardian Protection Services, PO Box 37751, Philadelphia, PA 19101-5051 |
| 15014943 | + | Judith Gibson, 2453 Brighton Road, Apartment 9, Pittsburgh, PA 15212-2863 |
| 15014946 | + | Ohio Valley General Hospital, 25 Heckel Rd, Mc Kees Rocks, PA 15136-1694 |
| 15014949 | + | Safe Auto Insurance, 4 Easton Oval, Columbus, OH 43219-6010 |
| 15014950 | + | Stowe Twp Sewer, 555 Broadway Avenue, Mc Kees Rocks, PA 15136-3027 |
| 15048791 | + | Township of Stowe, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15683419 | + | Township of Stowe, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15014951 | + | Universal Fidelity LP, PO Box 941911, Houston, TX 77094-8911 |
| 15014954 | | Vishal J. Dobaria, Esquire, Phelan, Hallinan, Diamond & Jones LLP, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15014955 | + | West View Water Authority, 210 Perry Highway, West View, Pittsburgh, PA 15229-1895 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 27 2024 23:42:00 | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW, 1600 S. Douglass Rd., Anaheim, CA 92806 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 27 2024 23:42:00 | The Bank of New York Mellon, F/K/A The Bank of New, 1600 South Douglass Rd., Anaheim, CA 92806 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2024 23:45:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| 15014927 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 23:42:00 | Bank of America Home Loans, 450 American Street, Simi Valley, CA 93065-6285 |
| 15047258 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 27 2024 23:42:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |

Case 19-21086-JAD   Doc 199   Filed 08/29/24   Entered 08/30/24 00:31:09   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15015311 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 27 2024 23:42:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 15014932 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 27 2024 23:42:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, P.O. Box 5176, Southfield, MI 48086-5176 |
| 15014933 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 27 2024 23:45:00 | Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15014934 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2024 23:41:07 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15014936 | + | Email/Text: Bankruptcy.Consumer@dish.com | Aug 27 2024 23:43:00 | Dish Network, PO Box 105169, Atlanta, GA 30348-5169 |
| 15057551 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2024 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15014941 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 27 2024 23:41:08 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15055739 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2024 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15033435 | + | Email/Text: bankruptcy@sccompanies.com | Aug 27 2024 23:45:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014944 | + | Email/Text: bankruptcy@sccompanies.com | Aug 27 2024 23:45:00 | Montgomery Ward, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 15014945 | + | Email/Text: bankruptcy@ncaks.com | Aug 27 2024 23:42:00 | National Credit Adjusters, PO Box 3023, 327 W 4th St., Hutchinson, KS 67501-4842 |
| 15014948 | | Email/Text: Correspondence@DuncanSolutions.com | Aug 27 2024 23:44:00 | Professional Account Management, PO Box 640, Pittsburgh, PA 15320 |
| 15014947 | ^ | MEBN | Aug 27 2024 23:36:30 | Plain Green Loans, PO Box 42560, Philadelphia, PA 19101-2560 |
| 15014949 | ^ | MEBN | Aug 27 2024 23:35:25 | Safe Auto Insurance, 4 Easton Oval, Columbus, OH 43219-6010 |
| 15470934 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 27 2024 23:42:00 | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF, 1600 S. Douglass Rd., Anaheim, CA 92806-5948 |
| 15528002 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 27 2024 23:42:00 | The Bank of New York Mellon, f/ka the Bank of New, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 15048453 | | Email/Text: BNCnotices@dcmservices.com | Aug 27 2024 23:43:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15014952 | + | Email/Text: BNCnotices@dcmservices.com | Aug 27 2024 23:43:00 | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15053996 | | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2024 00:00:46 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15014953 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 27 2024 23:42:00 | Verizon, 500 Technology Drive, Suite 300, Weldon Springs, MO 63304-2225 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 46 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Samuel E. Miller bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19 dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Stowe jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6